# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | |
|---|---|
| State of MONTANA, State of KANSAS, State of IOWA, State of SOUTH DAKOTA, State of MISSISSIPPI, State of NEBRASKA, State of NORTH DAKOTA, State of OKLAHOMA, and State of SOUTH CAROLINA,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEPARTMENT OF THE TREASURY; JANET L. YELLEN, in her official capacity as Secretary of the Department of the Treasury; DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as the Attorney General of the United States; DEPARTMENT OF THE INTERIOR; DEBRA A. HAALAND, in her official capacity as the Secretary of the Department of the Interior; DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the Department of Agriculture; DEPARTMENT OF LABOR; JULIE A. SU, in her official capacity as the Acting Secretary of the Department of Labor; DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as the Secretary of the Department of Health and Human Services; DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ADRIANNE TODMAN, in her official capacity as the Acting Secretary of the Department of Housing and Urban Development; DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of the Department of Education; and the UNITED STATES OF AMERICA;<br><br>*Defendants*. | Civil Action No. 6:24-cv-01141 |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed against all Defendants. No Defendant has served an answer or moved for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs therefore notice voluntary dismissal of this action without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Dated: January 27, 2024

Respectfully submitted,

**KRIS KOBACH**
**Kansas Attorney General**

*/s/ James Rodriguez*
JAMES RODRIGUEZ
  *Assistant Attorney General*
Kansas Bar #29172
ABHISHEK S. KAMBLI
  *Deputy Attorney General*
Kansas Bar #29788
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612
Phone: (785) 368-8197
E-mail: Jay.Rodriguez@ag.ks.gov
E-mail: Abhishek.Kambli@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

**AUSTIN KNUDSEN**
**Montana Attorney General**

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
  *Solicitor General*
Kansas Bar #25622
PETER M. TORSTENSEN, JR.*
  *Deputy Solicitor General*
Montana Attorney General's Office
Office of the Attorney General
215 North Sanders
Helena, MT 59620
Office: (406) 444-2026
E-mail: christian.corrigan@mt.gov
E-mail: peter.torstensen@mt.gov

*Counsel for Plaintiff State of Montana*

**MARTY J. JACKLEY**
**South Dakota Attorney General**
**MONAE L. JOHNSON**
**South Dakota Secretary of State**

*/s/ Thomas J. Deadrick*
THOMAS J. DEADRICK*
  *Deputy Secretary of State*
  *Special Assistant Attorney General*
500 E. Capitol Avenue, Suite 204
Pierre, SD 57501
Office (605) 773-3537
E-mail: tom.deadrick@state.sd.us

*Counsel for Plaintiff State of South Dakota*

**BRENNA BIRD**
**Iowa Attorney General**

*/s/ Eric H. Wessan*
ERIC H. WESSAN*
  *Solicitor General*
1305 E. Walnut Street
Des Moines, IA 50319
Office: (515) 823-9117
Fax: (515) 281-4209
E-mail: eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

**LYNN FITCH**
**Mississippi Attorney General**
**MICHAEL WATSON**
**Mississippi Secretary of State**

*/s/ Whitney H. Lipscomb*
WHITNEY H. LIPSCOMB*
  *Deputy Attorney General*
Office of the Attorney General
P. O. Box 220
Jackson, MS 39205-0220
Office: (601) 359-3817
E-mail: Whitney.Lipscomb@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

**ALAN WILSON**
**South Carolina Attorney General**

*/s/ J. Emory Smith, Jr.*
J. EMORY SMITH, JR.*
  *Deputy Solicitor General*
Office of the Attorney General
Post Office Box 11549
Columbia, SC 29211
Phone: (803) 734-3642
Fax: (803) 734-3677
Email: esmith@scag.gov

*Counsel for Plaintiff State of South Carolina*

**MICHAEL T. HILGERS**
**Nebraska Attorney General**

*/s/ Grant D. Strobl*
GRANT D. STROBL*
  *Assistant Solicitor General*
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Office: (402) 471-2683
E-mail: grant.strobl@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

**DREW H. WRIGLEY**
**North Dakota Attorney General**

/s/ *Philip Axt*
PHILIP AXT*
  *Solicitor General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck, ND 58505
Phone: (701) 328-2210
E-mail: pjaxt@nd.gov

*Counsel for Plaintiff State of North Dakota*

**GENTNER DRUMMOND**
**Oklahoma Attorney General**

*/s/ Gary M. Gaskins, II*
GARRY M. GASKINS, II*
  *Solicitor General*
ZACH WEST*
  *Director of Special Litigation*
Office of Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
E-mail: Garry.Gaskins@oag.ok.gov
E-mail: Zach.West@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

*Admitted Pro Hac Vice